## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03492-LTB

ERIC CHAPMAN,

　　　　Applicant,

v.

ARCHULETA, Warden, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

　　　　Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

　　　　The "Motion for Status on Federal Habeas and Motion Explaining the Constitutional Violations that Pertain to My Case" (ECF No. 20) filed in this action on February 19, 2015, is DENIED because the instant habeas corpus action is closed.

　　　　This action was dismissed on May 7, 2014.  [Doc. ## 17, 18].  On May 20, 2014, the copies of the Order of Dismissal and Judgment mailed to Applicant at the address on file were returned to the Court as undeliverable.  Accordingly, it is

　　　　ORDERED that the Clerk of the Court is directed to send a copy of the Order of Dismissal and Judgment [Doc. ## 17, 18] to Applicant at the following address: Eric Chapman, DOC # 137905, Fremont Correctional Facility, P.O. Box 999, Canon City, Colorado, 81285.

Dated:  March 3, 2015